UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
John Galloway, et. al.,                  :

       Plaintiffs,                       :  INDEX NO.  07-cv-6435 (LS)

  -against-                             :  **NOTICE OF APPEARANCE**

Apartment Investment and Management      :
Company, et. al.,

       Defendant.                        :
---------------------------------------- X

    PLEASE TAKE NOTICE that Llezlie Lloren Green of the law firm Cohen, Milstein, Hausfeld & Toll, P.L.L.C., hereby enters her appearance on behalf of the plaintiffs in the above-captioned case.

Dated: August 2, 2007                    Respectfully submitted,

                                                        COHEN, MILSTEIN, HAUSFELD & TOLL
                                                        P.L.L.C.

                                                        By:      /s/Llezlie Lloren Green
                                                           Llezlie L. Green (lg-0911)
                                                            1100 New York Avenue, N.W.
                                                           Suite 500, West Tower
                                                           Washington, DC  20005
                                                           (202) 408-4600
                                                           Attorney  for Plaintiffs