UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN GALLOWAY, Individually, and on behalf of all others similarly situated, et al.,<br><br>             Plaintiffs,<br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT COMPANY AND AIMCO / BETHESDA HOLDINGS, INC.<br><br>             Defendants. | Case No. 07-CV-6435 (DF) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO HOLD PRE-TRIAL CONFERENCE

Plaintiffs respectfully request an extension of time to submit the Preliminary Pre-trial Statement, currently due on October 5, 2007, and to hold the Pre-Trial Conference, currently set for October 12, 2007, until a date after October 24, 2007.  Defendants have stated they will not oppose Plaintiffs' request.  Plaintiffs filed and served a First Amended Complaint on September 24, 2007 to add AIMCO / Bethesda Holdings, Inc. as a defendant, and have agreed with Defendants, subject to Court approval, that Defendants shall have 30 days to answer this complaint.  In addition, the parties have agreed in principle upon a schedule for the litigation of this action, and are currently preparing a case management agreement outlining the discovery schedule which the parties will jointly propose for the Court's approval.

Plaintiffs respectfully suggest that the Pre-trial Conference, if necessary, be set for a date after October 24, 2007, by which time both the proposed Case Management Agreement and Defendants' Answer will have been filed.

Dated: October 4, 2007  Respectfully submitted,


              _____*/s/ Llezlie Green*_____
              Joseph M. Sellers (D.C. Bar. No. 318410)
              Llezlie L. Green (lg-0911)
              Charles E. Tompkins (N.Y. Bar 2874295)
              COHEN, MILSTEIN, HAUSFELD & TOLL PLLC
              1100 New York Avenue, N.W.
              West Tower - Suite 500
              Washington, D.C.  20005
              Tel.:  (202) 408-4600
              Fax:   (202) 408-4699


              Steig Olson (so-0414)
              COHEN, MILSTEIN, HAUSFELD & TOLL PLLC
              150 East 52nd St.
              Thirtieth Floor
              New York, N.Y.  10022
              Tel:   (212) 838-7797
              Fax:  (212) 838-7745

              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      This is to certify that the undersigned has this day served the foregoing document upon the individual listed below via first class mail.

John Husband
Holland & Hart
555 Seventeenth Street
Suite 3200
Denver, Colorado 80202


Date: October 4, 2007                  __/s/ *Llezlie L. Green*_____
                                                     Llezlie L. Green
                                                     Cohen Milstein Hausfeld & Toll, P.L.L.C.
                                                     1100 New York Ave, NW, Suite 500 West
                                                     Washington, DC  20005-3964