UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN GALLOWAY, Individually, and on )
behalf of all others similarly situated, et al., )
                                                 )
                    Plaintiffs,                  )
    v.                                           )
                                                 )   Case No. 07-CV-6435 (DF)
APARTMENT INVESTMENT AND                         )
MANAGEMENT COMPANY, AIMCO                        )
PROPERTIES, L.P., NHP MANAGEMENT                 )
COMPANY AND AIMCO / BETHESDA                     )
HOLDINGS, INC.                                   )
                                                 )
                    Defendants.                  )
                                                 )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: OCT 0 9 2007

**MEMO ENDORSED**

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO HOLD PRE-TRIAL CONFERENCE

Plaintiffs respectfully request an extension of time to submit the Preliminary Pre-trial Statement, currently due on October 5, 2007, and to hold the Pre-Trial Conference, currently set for October 12, 2007, until a date after October 24, 2007. Defendants have stated they will not oppose Plaintiffs' request. Plaintiffs filed and served a First Amended Complaint on September 24, 2007 to add AIMCO / Bethesda Holdings, Inc. as a defendant, and have agreed with Defendants, subject to Court approval, that Defendants shall have 30 days to answer this complaint. In addition, the parties have agreed in principle upon a schedule for the litigation of this action, and are currently preparing a case management agreement outlining the discovery schedule which the parties will jointly propose for the Court's approval.

Plaintiffs respectfully suggest that the Pre-trial Conference, if necessary, be set for a date after October 24, 2007, by which time both the proposed Case Management Agreement and Defendants' Answer will have been filed.

Dated: October 4, 2007                Respectfully submitted,

                                      /s/ Llezlie Green
                                      Joseph M. Sellers (D.C. Bar. No. 318410)
                                      Llezlie L. Green (lg-0911)
                                      Charles E. Tompkins (N.Y. Bar 2874295)
                                      COHEN, MILSTEIN, HAUSFELD & TOLL PLLC
                                      1100 New York Avenue, N.W.
                                      West Tower - Suite 500
                                      Washington, D.C. 20005
                                      Tel.: (202) 408-4600
                                      Fax: (202) 408-4699

                                      Steig Olson (so-0414)
                                      COHEN, MILSTEIN, HAUSFELD & TOLL PLLC
                                      150 East 52nd St.
                                      Thirtieth Floor
                                      New York, N.Y. 10022
                                      Tel: (212) 838-7797
                                      Fax: (212) 838-7745

                                      *Attorneys for Plaintiffs*

The conference is adjourned to October 26, 2007, at 9:45AM and the related deadlines are modified accordingly.

SO ORDERED.

10/5/07

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE