Gregory B. Reilly (GR-6189)
LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600
  Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN GALLOWAY, Individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT COMPANY, AND AIMCO/BETHESDA HOLDINGS, INC.,

                Defendants.

Index No.: 07 CV 06435

**NOTICE OF APPEARANCE**

**Electronically Filed**

---

      **PLEASE TAKE NOTICE** that Gregory B. Reilly (GR-6189), a shareholder with the law firm of Littler Mendelson, a Professional Corporation, 885 Third Avenue, 16th Floor, New York, New York, 10022, hereby appears as counsel for Defendants Apartment Investment and Management Company, Aimco Properties, L.P., NHP Management Company and Aimco/Bethesda Holdings, Inc., and that a copy of all papers in this action should be served upon the undersigned at the office and post office address stated below.

Dated:  October 19, 2007
        New York, New York

                                  LITTLER MENDELSON, P.C.

                                  /s Gregory B. Reilly
                                  Gregory B. Reilly (GR-6189)
                                  885 Third Avenue, 16th Floor
                                  New York, NY  10022.4834
                                  212.583.9600
                                    Attorneys for Defendants Apartment Investment and
                                    Management Company, Aimco Properties, L.P., NHP
                                    Management Company and Aimco/Bethesda Holdings, Inc.

Gregory B. Reilly (GR-6189)
LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600
   Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHN GALLOWAY, Individually and on behalf of al others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT COMPANY, AND AIMCO/BETHESDA HOLDINGS, INC.,<br><br>　　　　　　　Defendants. | Index No.: 07 CV 06435<br><br><br>**CERTIFICATE OF SERVICE**<br><br>**Electronically Filed** |

---

**Gregory B. Reilly**, of full age, hereby certifies as follows:

1. I am an attorney with the firm of Littler Mendelson, P.C., counsel for Defendants in the above-captioned action. I am familiar with the facts set forth in this Certification.

2. On October 19, 2007, I caused a true and complete copy of the within **Notice of Appearance** to be electronically filed with the Court of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

| | |
|---|---|
| Steig Olson, Esq.<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>152 East 52nd Street, 13th Floor<br>New York, New York 10022 | Joseph M. Sellers, Esq.<br>Charles E. Tompkins, Esq.<br>Llezlie L. Green, Esq.<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>1100 New York Avenue, N.W.<br>West Tower – Suite 500<br>Washington, D.C. 20005 |

3. I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

　　　　　　　　　　　　　　　　　　　　　　/s Gregory B. Reilly
Dated: October 19, 2007　　　　　　　　　　　Gregory B. Reilly