UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN GALLOWAY, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>APARTMENT INVESTMENT AND )<br>MANAGEMENT COMPANY, et al., )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil Action No. 1:07-cv-06435-LTS |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management Company, and AIMCO/Bethesda Holdings, Inc. provide the following information:

1. Defendant Apartment Investment and Management Company ("AIMCO"), a real estate investment trust organized in Maryland, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Defendant AIMCO Properties, L.P., organized in Delaware, is approximately 90% owned by two wholly-owned subsidiaries of Defendant AIMCO. No other publicly held corporation has any interest greater than 10% in AIMCO Properties, L.P.

3. Defendant NHP Management Company ("NHP") ceased to exist as of October 7, 2005. Prior to that time, its stock was wholly owned by subsidiaries of Defendant AIMCO. On October 7, 2005, NHP was merged into Defendant AIMCO/Bethesda Holdings, Inc., a Delaware

corporation, which is wholly owned, through subsidiaries, by Defendant AIMCO. No other publicly held corporation has any interest in AIMCO/Bethesda Holdings, Inc.

Other than the parties themselves, the following have a financial interest in the subject matter in controversy or in a party to the proceeding: Defendant AIMCO Properties L.P. is 90% owned by two wholly-owned subsidiaries of Defendant AIMCO. The remaining 10% interest is held by thousands of individuals who are limited partners of Defendant AIMCO Properties, L.P., none of whom own more than a small fraction of that remaining 10% interest.

Dated: October 24, 2007.

                Respectfully submitted,

                s/Gregory B. Reilly
                Gregory B. Reilly
                Littler Mendelson, P.C.
                885 Third Avenue
                16th Floor
                New York, NY 10022-4834
                Phone: (212) 583-2681
                Fax: (212) 832-2719

                and

                John M. Husband, P.C.
                Thomas E.J. Hazard, P.C.
                Christina F. Gomez
                Tanya E. Milligan
                HOLLAND & HART, LLP
                555 Seventeenth Street, Suite 3200
                Denver, CO 80202-3979
                Phone: (303) 295-8000
                Fax: (303) 295-8261
                *Admission for all pro hac pending*

                **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

lgreen@cmht.com
solson@cmht.com

s/Gregory B. Reilly

3780734_1.DOC