Gregory Reilly
LITTLER MENDELSON
A Professional Corporation
Attorneys for Plaintiff
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-9600

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GALLOWAY, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT, and AIMCO/BETHESDA HOLDINGS, INC., <br><br> Defendants. | Case No. 07 Civ. 6435 <br><br> **NOTICE OF CONSENT MOTION FOR ADMISSION *PRO HAC VICE*** |

PLEASE TAKE NOTICE that on October 22, 2007, or as soon thereafter as counsel may be heard, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, the undersigned, counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc., shall move before the Honorable Laura Taylor Swain, at the United States District Court House located at 500 Pearl Street, New York, New York 10007, for the entry of an Order admitting Tanya E. Milligan as co-counsel *pro hac vice* for all purposes in the above-captioned matter.

-2-

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, counsel for Defendants shall rely on the accompanying Certification of Gregory Reilly, attached hereto as **Exhibit A** and Tanya E. Milligan, attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that Plaintiffs have no objections to this Motion.

PLEASE TAKE FURTHER NOTICE that the issues raised in this Motion do not require the submission of a brief to the Court.

Dated: October 22, 2007.

                                        Respectfully submitted,

                                        LITTLER MENDELSON
                                        A Professional Corporation

                                        By: _____
                                          Gregory Reilly (GBR-6189)
                                          885 Third Avenue, 16th Floor
                                          New York, New York 10022
                                          (212) 583-9600

                                        **ATTORNEYS FOR DEFENDANTS**

3779613_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALLOWAY, et al.,<br><br>                 Plaintiffs,<br><br>-against-<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT, and AIMCO/BETHESDA HOLDINGS, INC.,<br><br>                 Defendants. | Case No. 07 Civ. 6435<br><br>**CERTIFICATION OF GREGORY REILLY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Gregory Reilly, of full age, certifies as follows:

1. I am a shareholder of the law firm of Littler Mendelson P.C., counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc. ("AIMCO") in the above-captioned matter, and I am familiar with the facts set forth in this Certification.

2. I am an attorney in good standing of the Bar of the State of New York. My office is located at 885 Third Avenue, 16th Floor, New York, New York 10022. I am admitted to practice before the United States District Court for the Southern District of New York. I have never been the subject of any disciplinary sanction as member of the Bar in any jurisdiction.

3. As stated in the accompanying Certification of Tanya E. Milligan, Ms. Milligan is of counsel with the firm Holland & Hart LLP, and is a member in good standing of the Bar of the State of Colorado. She also is admitted to practice before the United States District Court for the District of Colorado, and the United States District Court for the District of Idaho.


EXHIBIT A

4.  In accordance with Local Civil Rule 1.3(c), I shall act as counsel of record for purposes of this litigation and accept service of all notices, orders and pleadings along with Ms. Milligan. I also shall be responsible for the conduct of Ms. Milligan should the Court grant this Motion.

5.  Plaintiffs' counsel have been fully apprised regarding this Motion and have consented to the granting thereof.

6.  I respectfully request that this Court grant this Motion admitting Tanya E. Milligan, *pro hac vice*, for all purposes as co-counsel on behalf of the Defendants in all stages of the above-captioned matter.

7.  I hereby certify that the foregoing statements made by me are true and to the best of my knowledge. I understand that if any of the foregoing is willfully false, I am subject to punishment.

Dated: October 22, 2007.

By: _____
Gregory Reilly

3779607_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALLOWAY, et al.,<br><br>                      Plaintiffs,<br><br>-against-<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT, and AIMCO/BETHESDA HOLDINGS, INC.,<br><br>                      Defendants. | Case No. 07 Civ. 6435<br><br>**CERTIFICATION OF TANYA E. MILIGAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Tanya E. Milligan, of full age, certifies as follows:

1. I am of counsel in the law firm of Holland & Hart, LLP, co-counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc. in the above-captioned matter, and I am familiar with the facts set forth in this Certification.

2. I am an attorney-at-law and a member in good standing of the Bar of the State of Colorado. My office is located at 555 17th Street, Suite 3200, Denver, Colorado 80202. I am admitted to practice before the United States District Court for the District of Colorado, and the United States District Court for the District of Idaho. I have never been the subject of any disciplinary sanction as member of the Bar in any jurisdiction.

3. I submit this Certification in support of my application to appear before this Court *pro hac vice* as co-counsel for Defendants Apartment Investment and Management Company,


EXHIBIT B

AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc. in the above-captioned case.

4. This case involves unique federal wage and hour issues. I have specialized in the field of labor and employment law and my practice is limited primarily to this area of law.

5. If admitted to practice before the Court *pro hac vice*, I will abide by the requirements of the rules of this Court. I will also be available for court conferences, motion dates, and trial dates.

6. Accordingly, it is respectfully requested that this Court grant this Motion to appear *pro hac vice* and enter an Order permitting me to appear and participate as co-counsel in the above-captioned case.

7. I hereby certify that the foregoing statements made by me are true and to the best of my knowledge. I understand that if any of the foregoing is willfully false, I am subject to punishment.

Dated: October 22, 2007.

By: _____
Tanya E. Milligan

3779596_1.DOC



# Certificate of Good Standing

## United States District Court
### District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**TANYA EILEEN MILLIGAN**
was duly admitted to practice in said court on
**July 22, 2004**
and is in good standing as a member of the bar of said court.

Dated: October 18, 2007     Gregory C. Langham, Clerk

By: *Mark J. Fredrickson*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALLOWAY, et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT, and AIMCO/BETHESDA HOLDINGS, INC.,<br><br>      Defendants. | Case No. 07 Civ. 6435<br><br>**CERTIFICATE OF SERVICE** |

   Gregory Reilly, of full age, certifies as follows:

   1. I am an attorney-at-law duly admitted to practice in this Court, and a member of the law firm of Littler Mendelson, P.C., counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc. in the above-captioned matter. I am familiar with the facts set forth in this Certification.

   2. I caused a true and correct copy of Defendants' Notice of Motion for Admission *Pro Hac Vice*, along with the accompanying Certifications of Gregory Reilly and Tanya E. Milligan to be served upon the following *via* hand delivery this 22nd day of October 2007:

Steig Olson
Cohen Milstein Hausfeld & Toll PLLC
152 East 52ndt St., 13th Floor
New York, NY 10022
solson@cmht.com

Joseph M. Sellers
Charles E. Thompkins
Llezlie L. Green
Cohen Milstein Hausfeld & Toll PLLC
1100 New York Ave NW
West Tower, Suite 500
Washington, DC 20005
jsellers@cmht.com
cthompkins@cmht.com
lgreen@cmht.com

3. I hereby certify that the foregoing statements made by me are true and to the best of my knowledge. I understand that if any of the foregoing is willfully false, I am subject to punishment.

Dated: October 22, 2007.

LITTLER MENDELSON
A Professional Corporation

By: _____
Gregory Reilly (GBR-6189)
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-9600

**ATTORNEYS FOR DEFENDANTS**

3779227_1.DOC

-2-

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALLOWAY, et al., | Case No. 07 Civ. 6435 |
| Plaintiffs, | **ORDER GRANTING ADMISSION *PRO HAC VICE* (ON CONSENT)** |
| -against- | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT, and AIMCO/BETHESDA HOLDINGS, INC., | |
| Defendants. | |

This matter having come before the Court on the Motion of Gregory Reilly, a member in good standing of the bar of this Court, for leave to permit Tanya E. Milligan, Esq. to appear in this action *pro hac vice*, as co-counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc., and the Court being sufficiently advised that Tanya E. Milligan, Esq. is licensed and admitted to practice law for the State Bar of Colorado and before the United States District Court for the District of Colorado and the United States District Court for the District of Idaho, it hereby **GRANTS** said motion; and

IT IS HEREBY ORDERED that Tanya E. Milligan is granted leave to appear in this action *pro hac vice*, as co-counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc. on consent.

Dated: _____, 2007                               _____
                                                     United States District Judge

3779194_1.DOC