UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
JOHN GALLOWAY, Individually, and on   )
behalf of all others similarly situated, et al.,  )
                                      )
                        Plaintiffs,   )
    v.                                )
                                      )   Case No. 07-CV-6435 (LTS)
APARTMENT INVESTMENT AND              )
MANAGEMENT COMPANY, AIMCO             )
PROPERTIES, L.P., NHP MANAGEMENT      )
COMPANY AND AIMCO / BETHESDA          )
HOLDINGS, INC.                        )
                                      )
                        Defendants.   )
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 6 2007

## [PROPOSED] ORDER

Upon consideration of the Joint Case Management Statement submitted by the parties, IT IS this 25th day of October, 2007, by the United States District Court for the Southern District of New York, hereby ORDERED THAT:

1. Defendants shall file an Answer to the Amended Complaint within thirty (30) days of the date they accept service of the Amended Complaint.

2. The parties will exchange interrogatories, requests for production of documents, and requests for admissions on or after the date Defendants' counsel accepts service of the Amended Complaint on Defendants' behalf. The parties will not engage in deposition discovery at this juncture.

3. The parties will exchange disclosures pursuant to Fed. R. Civ. P. 26(a)(1) at the time they respond to interrogatories, requests for production of documents and requests for admissions.

4. Any pending case management conferences, as well as any reporting

requirements pursuant to Fed. R. Civ. P. 16, are hereby stayed for 180 days from the date of the Joint Case Management Statement to permit the discovery identified above. The parties shall file a joint written status report on May 1, 2008.

_____ 10/25/2007
Laura Taylor Swain
United States District Judge