THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALLOWAY, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT, and AIMCO/BETHESDA HOLDINGS, INC., <br><br> Defendants. | Case No. 1:07-CV-06435 <br><br> **WAIVER OF SERVICE OF SUMMONS** |

I, the undersigned attorney for Defendants, Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc., do hereby acknowledge service of the Notice of Lawsuit and Request for Waiver of Service of Summons by Charles E. Tompkins, attorney for the Plaintiffs above named, and do hereby waive service of summons upon said Defendants.

Dated: October 23, 2007.

_____
Thomas E.J. Hazard, P.C.
John M. Husband, P.C.
Christina F. Gomez
Tanya E. Milligan
HOLLAND & HART, LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202-3979
Phone: (303) 295-8000
Fax: (303) 295-8261
jehazard@hollandhart.com
jhusband@hollandhart.com
cgomez@hollandhart.com
tmilligan@hollandhart.com

3781235_1.DOC