UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GALLOWAY, et al.,

                Plaintiffs,

-against-

APARTMENT INVESTMENT and
MANAGEMENT COMPANY, et al.,

                Defendants.

No. 07 Civ. 6435 (LTS)(DF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 2 2007

### ORDER

The Court has received and reviewed Defendants' four motions for admission pro hac vice (docket items 11, 12, 13 and 14). Defendants' motions are DENIED without prejudice to renewal upon the filing of supplemental submissions meeting the requirements of Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York. Specifically, Defendants shall file certificates of good standing for each state in which each applicant is a member of the bar.

SO ORDERED.

Dated: New York, New York
        November 2, 2007

                                    LAURA TAYLOR SWAIN
                                    United States District Judge