USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 1 2007

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALLOWAY, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT, and AIMCO/BETHESDA HOLDINGS, INC., <br><br> Defendants. | Case No. 07 Civ. 6435 <br><br> **ORDER GRANTING ADMISSION *PRO HAC VICE* (ON CONSENT)** |

This matter having come before the Court on the Motion of Gregory Reilly, a member in good standing of the bar of this Court, for leave to permit John M. Husband, Esq. to appear in this action *pro hac vice*, as co-counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc., and the Court being sufficiently advised that John M. Husband, Esq. is licensed and admitted to practice law for the State Bar of Colorado and before the United States Supreme Court, United States District Court for the District of Colorado, United States Court of Appeals for the District of Columbia Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Ninth Circuit, and United States Court of Appeals for the Eighth Circuit, it hereby **GRANTS** said motion; and

IT IS HEREBY ORDERED that John M. Husband is granted leave to appear in this action *pro hac vice*, as co-counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc. on consent.

Dated: NOV 20, 2007            _____
                                United States District Judge

Order Granting Admission Pro Hac Vice - Husband.doc