USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 1 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALLOWAY, et al.,<br><br>           Plaintiffs,<br><br>-against-<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT, and AIMCO/BETHESDA HOLDINGS, INC.,<br><br>           Defendants. | Case No. 07 Civ. 6435<br><br>**ORDER GRANTING ADMISSION *PRO HAC VICE* (ON CONSENT)** |

   This matter having come before the Court on the Motion of Gregory Reilly, a member in good standing of the bar of this Court, for leave to permit Thomas E.J. Hazard, Esq. to appear in this action *pro hac vice*, as co-counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc., and the Court being sufficiently advised that Thomas E.J. Hazard, Esq. is licensed and admitted to practice law for the State Bar of Colorado and before the United States District Court for the District of Colorado, and the United States Court of Appeals for the Tenth Circuit, it hereby **GRANTS** said motion; and

   IT IS HEREBY ORDERED that Thomas E.J. Hazard is granted leave to appear in this action *pro hac vice*, as co-counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc. on consent.

Dated: NOV 20 , 2007

_____
United States District Judge