USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 1 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALLOWAY, et al.,<br><br>                        Plaintiffs,<br><br>-against-<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT, and AIMCO/BETHESDA HOLDINGS, INC.,<br><br>                        Defendants. | Case No. 07 Civ. 6435<br><br>**ORDER GRANTING ADMISSION *PRO HAC VICE* (ON CONSENT)** |

      This matter having come before the Court on the Motion of Gregory Reilly, a member in good standing of the bar of this Court, for leave to permit Christina F. Gomez, Esq. to appear in this action *pro hac vice*, as co-counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc., and the Court being sufficiently advised that Christina F. Gomez, Esq. is licensed and admitted to practice law for the State Bar of Colorado and before the United States District Court for the District of Colorado, and the United States Court of Appeals for the Tenth Circuit, it hereby **GRANTS** said motion; and

      IT IS HEREBY ORDERED that Christina F. Gomez is granted leave to appear in this action *pro hac vice*, as co-counsel for Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management, and AIMCO/Bethesda Holdings, Inc. on consent.

Dated: **lov 20**, 2007

                                                        United States District Judge

3779573_1.DOC