UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
John Galloway, *et. al*.,                              :
                Plaintiffs,          :
    -against-                                         :
Apartment Investment and Management                    :
Company, *et. al.*,
                Defendant.           :
------------------------------------- X

INDEX NO. 1:07-cv-06435 (LTS)

**PLAINTIFFS' MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

On November 15, 2007, Plaintiffs filed a motion with the Judicial Panel on Multidistrict Litigation (the "MDL Panel"). That motion requests the transfer of this matter, and twenty-one other actions raising similar allegations, to the United States District Court for the District of Columbia for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. Plaintiffs respectfully request that the Court temporarily stay proceedings pending the MDL Panel's ruling on that motion.

As more fully set forth in the accompanying memorandum of points and authorities, this Court has the inherent power to stay proceedings. Exercise of that power is appropriate if: (i) the movant would suffer hardship without a stay; (ii) the stay would not prejudice the non-movant; and (iii) the stay would serve the interests of judicial economy and efficiency. Here these factors justify a stay.  A stay will allow Plaintiffs to avoid the substantial burden of having to simultaneously litigate multiple actions in multiple courts, but would not cause any significant prejudice to Defendants.  Moreover, a stay would preserve limited judicial resources by avoiding unnecessary duplication of actions by this Court and the court to which the MDL Panel may transfer this action.

WHEREFORE, Plaintiffs move the Court for an order temporarily staying proceedings pending the Panel's ruling on Plaintiffs' motion for transfer pursuant to 28 U.S.C. § 1407.

Dated: December 17, 2007

Respectfully submitted,

    *s/Llezlie L. Green*
Joseph M. Sellers (D.C. Bar No. 318410)
Charles E. Tompkins (D.C. Bar No. 459854)
Llezlie L. Green (lg-0911)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower - Suite 500
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

Steig Olson (so-0414)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
152 East 52nd Street
Thirtieth Floor
New York, N.Y. 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 17h day of December, 2007, I caused a true and accurate copy of the Plaintiffs' Motion to Stay Proceedings Pending A Decision By The Judicial Panel on Multidistrict Litigation to be served vie electronic filing upon:

John Husband
Tanya E. Milligan
Thomas E. J. Hazard
Holland & Hart
555 Seventeenth Street
Suite 3200
Denver, Colorado 80202

Gregory Bertram Reilly, III
Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102


Date: December 17, 2007             s/*Llezlie L. Green*
                                                  Llezlie L. Green