UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
John Galloway, *et. a*l.,                :

        Plaintiffs,                        :
                                              INDEX NO. 1:07-cv-06435 (LTS)
   -against-                              :
                                              **PROPOSED ORDER**

Apartment Investment and Management
Company, *et. al.*,                         :

        Defendant.                        :
---------------------------------------- X

    Upon consideration of Plaintiffs' Motion To Stay Proceedings Pending A Decision By the Judicial Panel on Multidistrict Litigation and the entire record herein, IT IS this ___ day of December, 2007, by the United States District Court for the Southern District of New York, ORDERED THAT:

    1.    Plaintiffs' Motion to Stay Proceedings Pending a Decision By the Judicial Panel on Multidistrict Litigation BE, and hereby the same IS, GRANTED.

                                      _____
                                      Laura Taylor Swain
                                      United States District Judge