# Exhibit 3

Case 1:07-cv-06435-LTS   Document 24-5   Filed 12/17/2007   Page 2 of 5
Case 2:07-cv-02915-JS   Document 26     Filed 12/04/2007   Page 1 of 1
Case 2:07-cv-02915-JS   Document 22-7   Filed 11/21/2007   Page 1 of 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| GILBERT MITCHELL, et al.<br><br>Plaintiffs, | ) ) ) ) | |
|---|---|---|
| v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT COMPANY, AND AIMCO / BETHESDA HOLDINGS, INC.<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 2:07-cv-02915** |

### PROPOSED ORDER

Upon consideration of Plaintiffs' Motion To Stay Proceedings Pending A Decision By the Judicial Panel on Multidistrict Litigation and the entire record herein, IT IS this 4th day of December, 2007, by the United States District Court for the Eastern District of Pennsylvania, ORDERED THAT:

1. Plaintiffs' Motion to Stay Proceedings Pending a Decision By the Judicial Panel on Multidistrict Litigation BE, and hereby the same IS, GRANTED.

_____
Juan R. Sánchez
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| HAROLD CORDLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | ORDER |
| vs. ) | |
| ) | C/A No. 7:07-2175-GRA |
| APARTMENT INVESTMENT AND ) | |
| MANAGEMENT COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Upon consideration of Plaintiffs' Motion To Stay Proceedings Pending A Decision By the Judicial Panel on Multidistrict Litigation and the entire record herein, IT IS this 6th day of December, 2007, by the United States District Court for the District of South Carolina, ORDERED THAT:

1. Plaintiffs' Motion to Stay Proceedings Pending a Decision By the Judicial Panel on Multidistrict Litigation BE, and hereby the same IS, GRANTED.

*[signature]*
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

December 6, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY THOMAS, et al, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | No. 1:07-cv-1638-TCB |
| APARTMENT INVESTMENT AND ) | |
| MANAGEMENT COMPANY, et al, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

Before the Court are Plaintiffs' motion to stay proceedings [27] and motion to expedite the motion to stay proceedings [29].

On November 15, 2007, Plaintiffs filed a motion with the Judicial Panel on Multidistrict Litigation ("MDL panel"). The motion requested the transfer of this matter and twenty-one other actions raising similar allegations against the same defendants to the United States District Court for the District of Columbia for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. Plaintiffs request that this Court stay the instant action until the MDL panel has ruled on the transfer

motion, which Plaintiffs reasonably believe will be heard at either the January or the March 2008 session.

Upon consideration of Plaintiffs' motion to stay, Defendants' response in opposition, and Plaintiffs' reply, the Court hereby GRANTS Plaintiffs' motion to stay proceedings pending a decision by the MDL panel [27]. Plaintiffs' motion to expedite the motion to stay proceedings [29] is DENIED as moot.

The Clerk is hereby DIRECTED to administratively close this case.[1] The parties may move to reopen this case within thirty days of the date the MDL panel resolves the motion to transfer.

IT IS SO ORDERED this 14th day of December, 2007.

_____
Timothy C. Batten, Sr.
United States District Judge

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. Parties need only file a motion to reopen the case before the deadline indicated. This Order will not prejudice the rights of the parties to this litigation in any manner.