```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 09 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
John Galloway, *et. al.*,           :
                                    :
      Plaintiffs,               :   INDEX NO. 1:07-cv-06435 (LTS)
                                    :
  -against-                        :   ~~PROPOSED~~ ORDER
                                    :
Apartment Investment and Management :
Company, *et. al.*,                 :
                                    :
      Defendant.                :
------------------------------------- X

      Upon consideration of Plaintiffs' Motion To Stay Proceedings Pending A Decision By the Judicial Panel on Multidistrict Litigation and the entire record herein, IT IS this ___ day of December, 2007, by the United States District Court for the Southern District of New York, ORDERED THAT:

    1.    Plaintiffs' Motion to Stay Proceedings Pending a Decision By the Judicial Panel on Multidistrict Litigation BE, and hereby the same IS, GRANTED.

*/s/ Laura Taylor Swain  1/8/08*
Laura Taylor Swain
United States District Judge