# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------ X
John Galloway, et al.,                :
                                      :
            Plaintiffs,               :   INDEX NO. 1:07-cv-06435 (LTS)
                                      :
      -against-                       :
                                      :
Apartment Investment and Management   :
Company, et al.,                      :
                                      :
            Defendant.                :
------------------------------------ X
```

**<u>DECLARATION OF LLEZLIE L. GREEN</u>**

I, Llezlie L. Green, have personal knowledge of the matters described in this declaration. If called to testify regarding these facts, I am competent to do so and would testify as follows:

1. I am an attorney and an associate at the law firm of Cohen, Milstein, Hausfeld & Toll, PLLC, counsel for Plaintiff. I make this declaration in support of Plaintiffs' Motion for Voluntarily Dismissal of Plaintiff Inocencio Gonzalez.

2. Plaintiff Inocencio Gonzalez has requested that counsel seek voluntary dismissal of his claims.

3. Defendants have not yet responded to discovery concerning Plaintiff's claims.

4. Plaintiff's counsel has conferred with Defendants' counsel who has indicated Defendants do not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 9, 2008             _/s/ Llezlie L. Green_____
                                  Llezlie L. Green