**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

John Galloway, *et al.*,                                    :

                 Plaintiffs,                         :

                                            INDEX NO. 1:07-cv-06435 (LTS)

      -against-                                      :

Apartment Investment and Management       :
Company, *et al.*,

                                  :

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X


**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for Voluntarily Dismissal of Plaintiff Inocencio

Gonzalez, and the entire record herein, IT IS this _____ day of May, 2008, by the United States

District Court for the Southern District of New York, HEREBY ORDERED THAT:

     1.     Plaintiffs' Motion to Voluntarily Dismiss Plaintiff Inocencio Gonzalez is

GRANTED, AND;

     2.     Plaintiff Plaintiff Inocencio Gonzalez is dismissed without prejudice, with each

side to bear its own costs.

                                          _____

                                          United States District Judge