## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
John Galloway, et al.,                          :

                    Plaintiffs,                 :

        -against-                               :          INDEX NO. 1:07-cv-06435 (LTS)

Apartment Investment and Management             :
Company, et al.,
                                                :
                    Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## <u>UNOPPOSED PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF INOCENCIO GONZALEZ</u>

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Inocencio Gonzalez by and through his counsel, move for voluntarily dismissal of his individual claims without prejudice, with each party to bear its own costs.  *See* Declaration of Llezlie L. Green.  Defendants will not be prejudiced by this voluntarily dismissal as this litigation is in its early stages and Defendants have not yet responded to discovery concerning Plaintiff's claims.  *Id.*

Plaintiff's counsel has conferred with Defendants' counsel who has indicated Defendants do not oppose this motion.  *Id.*

Dated: May 9, 2008                    Respectfully submitted,

           */s/ Llezlie L. Green*
Joseph M. Sellers (D.C. Bar No. 318410)
Charles E. Tompkins (D.C. Bar No. 459854)
Llezlie L. Green (lg-0911)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.

West Tower - Suite 500
Washington, D.C.  20005
Tel.:  (202) 408-4600
Fax:  (202) 408-4699

Steig Olson (so-0414)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
152 East 52nd Street
Thirtieth Floor
New York, N.Y. 10022
Tel:  (212) 838-7797
Fax: (212) 838-7745

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2008, I electronically filed the foregoing Unopposed Plaintiffs' Motion for Voluntary Dismissal with the Clerk of the United States District Court, Southern District of New York, using the CM/ECF system, which sent e-mail notifications to the following:

John Husband
Christina Gomez
Tanya E. Milligan
Thomas E. J. Hazard
Holland & Hart
555 Seventeenth Street
Suite 3200
Denver, Colorado 80202
jhusband@hollandhart.com
cgomez@hollandhart.com
temilligan@hollandhart.com
tehazard@hollandhart.com

Tanya E. Milligan
Littler Mendelson
885 Third Avenue
16th Floor
New York, NY 10022

Gregory Bertram Reilly, III
Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

/s/ Roger Yamada_____
Roger Yamada