UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

John Galloway, *et. al.*,

    Plaintiffs,

-against-

Apartment Investment and Management Company, *et. al.*,

    Defendant.

------------------------------------- X

INDEX NO. 1:07-cv-06435 (LTS)

~~PROPOSED~~ ORDER

Upon consideration of Plaintiffs' Motion to Withdraw As Counsel, and the entire record herein, IT IS this 22d day of ~~May~~ July, 2008, by the United States District Court for the Southern District of New York, ORDERED THAT:

1. ~~Plaintiffs' Motion~~ to Withdraw as Counsel is GRANTED, *effective upon the filing by Plaintiffs' counsel of a certificate attesting to service of copies of this order by mail to the last known addresses of the plaintiffs listed in paragraph 2 below;* and;

2. Plaintiffs are hereby granted leave to withdraw as counsel for Albert Clendinen, Michael Crispin, Sr., Marciana Forde, Donald Tochterman, Bradford Tripp, and Charles Wright.

III.

3. These Plaintiffs will now proceed *pro se* and each is responsible for complying with all Court orders and deadlines established by applicable rules.

*The motion of Cohen, Milstein, Hausfeld + Toll, PLC ("Plaintiff's Counsel")*

_____
United States District Judge

372093.1 1